# GOTLIB LAW

January 7, 2020

*Via* ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>United States v. Santiago Londono-Velez, 16 Cr. 671 (PKC)</u>

Dear Judge Castel:

I represent Santiago Londono-Velez in the above-referenced matter. Mr. Londono-Velez is scheduled to be sentenced by the Court on February 6, 2020. I write, with the consent of the government, to request a three-month adjournment of the sentencing. This is the first request for an adjournment of Mr. Londono-Velez's sentencing. The requested adjournment is needed to allow the undersigned additional time to work on Mr. Londono-Velez's sentencing submission. Accordingly, I respectfully request that Your Honor adjourn Mr. Londono-Velez's sentencing for at least three months. Thank you for your consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib


cc:    all counsel of record (*via* ECF)

Sentencing ~~Conference~~ Adjourned
From: Feb. 6, 2020
To: May 12, 2020 at 11:30 a.m.
SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
Date: 1-7-20

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com