# GOTLIB LAW

May 4, 2020

*Via* ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. Sentencing adjourned from
May 22, 2020 to July 8, 2020 at 12 p.m.
SO ORDERED.
5/4/2020

P. Kevin Castel
United States District Judge

Re:     *United States v. Santiago Londono-Velez,* 16 Cr. 671 (PKC)

Dear Judge Castel:

I represent Santiago Londono-Velez in the above-referenced matter.  Mr. Londono-Velez is scheduled to be sentenced by the Court on May 22, 2020.   I write, with the consent of the government, to request a one-month adjournment of the sentencing.  This is the second request for an adjournment of Mr. Londono-Velez's sentencing.  The requested adjournment is needed to allow the undersigned additional time to work on Mr. Londono-Velez's sentencing submission, a task that has been complicated by the COVID-19 pandemic.  Accordingly, I respectfully request that Your Honor adjourn Mr. Londono-Velez's sentencing for at least one month.  Thank you for your consideration.

Respectfully submitted,

        /s/

Valerie A. Gotlib

cc:     all counsel of record (*via* ECF)