

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Santiago Londono-Velez*, S2 16 Cr. 671 (PKC)

Dear Judge Castel:

    The Government writes on behalf of the parties in the above-referenced case to request an adjournment of the sentencing of the defendant Santiago Londono-Velez currently scheduled for July 8, 2020 at 12:00 p.m. for approximately 60 to 90 days in light of the ongoing COVID-19 pandemic. I have consulted with defense counsel Valerie Gotlib, Esq. who has no objection to this request.

Sentencing is adjourned from July 8, 2020
to September 25, 2020 at 12:00 p.m.
SO ORDERED.
Dated:  6/24/2020

*P. Kevin Castel*
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   _____
Sagar K. Ravi
Assistant United States Attorney
(212) 637-2195

cc:    Valerie Gotlib, Esq., *counsel for defendant* (by ECF)