UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                     16-cr-671 (PKC)

        -against-                                     <u>ORDER</u>

SANTIAGO LONDONO-VELEZ,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing proceeding of September 25, 2020 will proceed via video and teleconference. The parties will be separately provided access information for the conference. The public may access this proceeding using the following information:

        DIAL-IN:          (888) 363-4749

        ACCESS CODE:   3667981

Members of the public must mute their phones and are not permitted to speak during proceedings.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
           September 22, 2020