UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SANTIAGO LONDON-VELEZ,

Defendant.

---

16-cr-671(PKC)

ORDER

CASTEL, Senior District Judge:

On September 25, 2020, defendant was sentenced principally to a term of imprisonment of 95 months. (Minute Entry, Sept. 25, 2020; ECF 71.)

On November 14, 2023, defendant moved for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that defendant is not eligible for a sentence reduction.

Defendant did not receive a "Status Points" adjustment because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence. Thus he is not eligible for a "Status Points" adjustment. He is ineligible for a "Zero-Points Offender" reduction because he did not have zero criminal history points.

It is hereby ORDERED that the defendant is ineligible for a sentence reduction under Amendment 821 and the motion (ECF 74) is DENIED.

SO ORDERED.

_____
P. Kevin Castel
Senior United States District Judge

Dated: April 15, 2024
       New York, New York